

Michelle L. Roberts, State Bar No. 239092
E-mail: michelle@robertsdisability.com
Kristin P. Kyle de Bautista, State Bar No. 221750
E-Mail: kristin@robertsdisability.com
ROBERTS DISABILITY LAW, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
Telephone: (510) 230-2090
Facsimile: (510) 230-2091

Attorneys for Plaintiff,
Sophia Chan

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA CHAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LFE INSURANCE COMPANY OF AMERICA<br><br>　　　　　Defendant. | CASE NO.: 4:24-cv-00715<br><br>**COMPLAINT (ERISA)** |

Plaintiff, Sophia Chan, herein sets forth the allegations of her Complaint against Defendant Unum Life Insurance Company of America ("Unum").

PRELIMINARY ALLEGATIONS

1. This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") as it involves claims by Plaintiff for employee benefits under an employee benefit plan regulated and governed under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question. This action is brought for the purpose of recovering benefits under the terms of an employee benefit plan, enforcing Plaintiff's rights under the terms of an employee benefit plan, and to clarify Plaintiff's rights to future benefits under the employee benefit plan. Plaintiff seeks relief, including but not limited to, payment of benefits due under her plan,

prejudgment and post-judgment interest, reinstatement to the benefit plan at issue herein, and attorneys' fees and costs.

2. Venue lies in the Northern District of California pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2), because Plaintiff resides in this District, the breaches alleged occurred in this District, and the ERISA-governed plan at issue was administered in part in this District. Venue is also proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred within this District.

3. On June 5, 2017, Plaintiff was hired by PGA Tour, Inc. as a Senior Manager of Crewing. Following a ruptured brain aneurysm and subarachnoid hemorrhage on February 24, 2022, Plaintiff went on a full leave of absence due to her medical conditions starting on February 25, 2022. Because Plaintiff could not, and still cannot, work due to her medical conditions, Plaintiff was forced to resign her position from PGA Tour, Inc.

4. At the time of her disability, Plaintiff was a participant, as defined by ERISA § 3(7), 29 U.S.C. § 1002(7), in a health and welfare benefit plan sponsored by PGA Tour, Inc. ("the Plan"), which provided, among other benefits, long term disability ("LTD") benefits. The Plan's coverage of LTD benefits is insured and administered by Unum, under Policy Number 535921 001 ("the Policy.")

5. Unum is a licensed insurance firm headquartered in the State of Tennessee. It is a subsidiary of Unum Group. Unum offers group LTD policies in various states, including California. Unum is authorized to transact business in the Northern District of California and may be found in the Northern District of California.

6. Intradistrict Assignment – Pursuant to Civil L.R. 3-2(c) and 3-5, Plaintiff believes that this matter should be assigned to either the Oakland or San Francisco Divisions since Plaintiff lives in Contra Costa County, California, and a substantial part of the events or omissions which give rise to this action occurred in or around Contra Costa County.

FIRST CLAIM FOR RELIEF
(29 U.S.C. § 1132(a)(1)(B))
Long-Term Disability Benefits

7. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

8. On May 12, 2022, Plaintiff filed a claim for LTD benefits with Unum and Unum assigned her claim number 21278655.

9. Unum approved Plaintiff's LTD claim, finding her disabled starting February 25, 2022, with benefits payable starting May 26, 2022.

10. In an office visit note from October 31, 2022, Plaintiff's treating neurologist, Dr. Thien Huynh, noted that "there remains remnant aneurysm neck filling which remains a concern and needs close monitoring…I believe she will need strict avoidance of stressful activities during her convalescence for her recovery but also to prevent risks of re-rupture from her high risk aneurysm which has remnant filling." He recommended at least an additional six months of time off from work.

11. By letter dated December 5, 2022, Unum advised Plaintiff that it had determined that she was not entitled to benefits under the Plan and that she could perform the full-time duties of her regular occupation. Unum paid Plaintiff LTD benefits through December 5, 2022 and terminated her claim effective December 6, 2022.

12. By letter dated July 7, 2023, Plaintiff timely appealed the termination of her LTD benefits. Plaintiff provided further proof that that she suffers from ongoing physical and cognitive symptoms related to the ruptured brain aneurysm which prevent her from returning to work. That appeal included, among other evidence, a May 23, 2023 letter from Dr. Huynh wherein he explains that although Plaintiff "has made [a] steady recovery, she still has persistent fatigue, cognitive deficits and headaches as a result of her prior severe grade subarachnoid hemorrhage." He pointed to a February 23, 2023 MRI which showed "persistent severe superficial siderosis largely around her brain stem," which is "concordant with her incomplete recovery and symptoms associated with prior severe grade subarachnoid hemorrhage." He stated unequivocally that Plaintiff "will be unable to work in any capacity due to her medical condition for at least the next 12 months. Further rupture would result in the same medical condition that occurred on 2/24/2022 with serious life threatening symptoms and/or resulting in death." Dr. Huynh then provided work restrictions and limitations that are not conducive to any kind of gainful employment.

COMPLAINT – Case No. 4:24-cv-00715

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

13. Notwithstanding the evidence demonstrating that Plaintiff is unable to work and that work could potentially lead to her death, by letter dated October 2, 2023, Unum upheld the wrongful decision to terminate Plaintiff's LTD benefits after December 5, 2022.

14. Plaintiff has been, and continues to be, disabled and entitled to LTD benefits.

15. Plaintiff has exhausted any and all administrative remedies which may be required by ERISA or the Plan.

16. By terminating Plaintiff's LTD benefits, Unum has breached the terms of the Plan and ERISA, has failed to provide Plaintiff with a full and fair review, and has been unjustly enriched from its breach of fiduciary duty to Plaintiff.

17. Unum policy number 204707 001 is subject to Cal. Ins. Code § 10110.6 and any grant of discretion therein is accordingly, void. Thus, the Court's review of Unum's decision will be *de novo*.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Unum as follows:

1. Payment of LTD benefits due to Plaintiff;

2. An order declaring that Plaintiff is entitled to an award of LTD benefits, and that benefits are to continue to be paid under the Plan for so long as Plaintiff remains disabled under the terms of the Plan;

3. Pursuant to 29 U.S.C. § 1132(g), payment of all costs and attorneys' fees incurred in pursuing this action;

4. Payment of prejudgment and post-judgment interest as allowed for under ERISA; and

5. Such other and further relief as this Court deems just and proper.

DATED: February 7, 2024                    ROBERTS DISABILITY LAW, P.C.

By:   */s/Michelle L. Roberts*
        Michelle L. Roberts
        Attorneys for Plaintiff,
        Sophia Chan

COMPLAINT – Case No. 4:24-cv-00715